UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

Defendant General Mills, Inc., filed a Motion for Administrative Relief to Consider Whether Cases Should be Related. Plaintiff Gabriel Rojas opposed the motion. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the earliest filed case, and *Rojas v. General Mills, Inc.*, shall be reassigned to me.

**C 12-03919 WHO**    **Janney et al. v. General Mills, Inc.**

**C 12-05099 SBA**    **Rojas v. General Mills, Inc.**

I find that the above case is related to the case assigned to me.   *WHO*

**C 12-05280 WHO**    **Bohac v. General Mills, Inc.**

### ORDER

Counsel are instructed that all future filings in the reassigned case are to bear my initials immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before me; any deadlines set by the ADR Local Rules remain in effect and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled.

Dated: July 29, 2013

William H. Orrick
United States District Judge