**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Stephen Gardner (*pro hac vice*)
sgardner@cspinet.org
5646 Milton Street, Suite 714
Dallas, Texas 75206
Telephone:    (214) 827-2774
Facsimile:    (214) 827-2787

*Co-Counsel for Plaintiffs Janney and McKendrick*

**REESE RICHMAN LLP**
Michael R. Reese (California State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

*Co-Counsel for Plaintiffs Janney, McKendrick, Bohac and Rojas*

**PERKINS COIE LLP**
Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
1201 Third Avenue, 40th Floor
Seattle, Washington 98101
Telephone:    (206) 359-8000
Facsimile:    (206) 359-9000

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAL MILLS and DOES 1-20,<br><br>    Defendants. | Case No. C12-3919 WHO<br><br>**STIPULATION AND ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCES, HEARING DATES, AND BRIEFING DEADLINES**<br><br>Proposed Date: October 2, 2013<br>Time: 2:00pm<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick |

| | |
|---|---|
| SEAN BOHAC, on behalf of himself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MILLS, INC. <br><br> Defendant. | Case No. C12-5280 WHO |
| GABRIEL ROJAS, on behalf of himself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MILLS, INC. <br><br> Defendant. | Case No. C12-5099 WHO |

## STIPULATION

Pursuant to Local Civil Rule 7-7(a), it is stipulated between Plaintiffs Judith Janney, Amy McKendrick, Sean Bohac, and Gabriel Rojas ("Plaintiffs") and Defendant General Mills, Inc. ("Defendant"), by their respective attorneys:

1. On July 23, 2013, Defendant filed a Motion to Stay Proceedings ("Motion to Stay") in two of the above-captioned related actions (Doc. 66 in *Janney*; Doc. 28 in *Bohac*). The hearings on Defendant's Motions to Stay are currently set for September 4, 2013, at 2:00 p.m.

2. On July 29, 2013, the Court that the *Janney*, *Bohac*, and *Rojas* matters be related. The matters are referred to collectively herein as the "Actions."

3. A fully briefed Motion to Dismiss is pending in *Rojas* (Doc. No. 27 in *Rojas*). Pursuant to the Court's July 31, 2013, Order Reassigning Case (Doc. 43 in *Rojas*), the parties have been ordered to re-notice the hearing date for the *Rojas* Motion to Dismiss on this Court's

1 calendar.

2     4.     The Case Management Conferences in the *Janney* and *Bohac* Actions are currently set for August 20, 2013 at 2:00 p.m.

4     5.     The parties propose to consolidate the Case Management Conferences with the hearings on the Motions to Stay in *Janney* and *Bohac*, to consolidate the hearing date of the Motion to Dismiss in *Rojas* with the Motions to Stay in *Janney* and *Bohac*, and to extend briefing deadlines for the Motions to Stay in *Janney* and *Bohac*.

8     6.     Good cause exists to extend the date for hearing Defendant's Motions to Stay because both of the undersigned lead counsel for Plaintiffs are on family vacations on September 4, 2013, and unable to attend the hearing on that date. In addition, consolidation of the Case Management Conferences and the Motion hearings will conserve judicial resources because they are currently scheduled just two weeks apart and the schedule set at the Case Management Conferences may be affected by the Court's ruling on the Motion to Stay. There will be further conservation of judicial resources in consolidating the hearings on the Motions to Stay with the hearing on the Motion to Dismiss, as all three motions present similar issues. The parties also propose that the Court permit them additional time to complete briefing on the Motions to Stay.

17     7.     Accordingly, the parties stipulate and request that the Court consolidate and reschedule the Case Management Conferences with the hearings on Defendant's Motion to Stay, and the hearing on Defendant's Motion to Dismiss for October 2, 2013, at 2:00 p.m., and permit Plaintiffs to file their opposition to Defendant's Motion to Stay by August 29, 2013, and Defendant to file its reply in support of its Motion by September 12, 2013.

22     8.     There have been no previous time modifications in the Actions.

23     9.     Other than moving the Case Management Conferences and Motions to Stay hearing dates, the requested extension would have no other effect on any dates set in the Actions.

25 IT IS SO STIPULATED.

26 DATED: August 5, 2013

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**

By: */s/ Stephen Gardner*

Stephen Gardner

*Counsel for Plaintiffs Janney and McKendrick*

**REESE RICHMAN LLP**

By:  */s/ Michael R. Reese*

Michael R. Reese

*Counsel for Plaintiffs Janney, McKendrick Bohac, and Rojas*

**PERKINS COIE LLP**

By: */s/ Charles C. Sipos*

Charles C. Sipos

*Counsel for Defendant*

**REESE RICHMAN LLP**
Michael R. Reese (California State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

*Co-Counsel for Plaintiffs Janney, McKendrick. Bohac and Rojas*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAL MILLS and DOES 1-20,<br><br>    Defendants. | Case No. C12-3919 WHO<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCES, HEARING DATES, AND BRIEFING DEADLINES** |
| SEAN BOHAC, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL MILLS,<br><br>    Defendant. | Case No. C12-5280 WHO |

---
1
STIPULATION AND ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCES, HEARING DATES, AND BRIEFING DEADLINES

| | |
|---|---|
| GABRIEL ROJAS, on behalf of himself and those similarly situated, | ) Case No. C12-5099 WHO )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GENERAL MILLS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to the stipulation of the parties dated August 5, 2013, the Court ORDERS as follows:

The Case Management Conferences in the *Janney* and *Bohac* actions and hearings on Defendant's Motions to Stay in those actions shall be held on October 2, 2013, at 2:00 p.m. The hearing on Defendant's Motion to Dismiss the *Rojas* action and a Case Management Conference for that action shall also be held on October 2, 2013, at 2:00 p.m.

The plaintiffs in *Janney* and *Bohac* shall file their oppositions to Defendant's Motions to Stay by August 29, 2013, and Defendant shall file its reply in support of its Motion by September 12, 2013.

**IT IS SO ORDERED.**

DATED: August 12, 2013

_____
William H. Orrick
United States District Judge