Michael R. Reese (California State Bar No. 206773)
mreese@reeserichman.com
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

Stephen Gardner (admitted *pro hac vice*)
sgardner@cspinet.org
**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
5646 Milton Street, Suite 714
Dallas, Texas 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

*Counsel for Plaintiffs*

(additional plaintiffs' counsel appear on signature page)

Charles Sipos (admitted *pro hac vice*)
csipos@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
 Seattle, Washington 98101-3099
Telephone:  (206) 359.3983
 Facsimile: (206) 359.4983

*Counsel for Defendant General Mills, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GENERAL MILLS and DOES 1-20,<br><br>  Defendants. | Case No. 3:12-cv-03919-WHO<br><br>**STIPULATED CASE MANAGEMENT ORDER** |
| SEAN BOHAC, on behalf of himself and all others similarly situated,<br>            Plaintiff,<br>  v.<br><br>GENERAL MILLS, INC.,<br>            Defendant. | Case No. 3:12-cv-05280-WHO |

| | |
|---|---|
| GABRIEL ROJAS, as an individual, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>GENERAL MILLS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:12-cv-05099-WHO |

Plaintiffs Judith Janney, Amy McKendrick, Sean Bohac and Gabrial Rojas ("Plaintiffs") and Defendant General Mills, Inc. ("Defendant") (collectively, the "Parties"), respectfully submit the following discovery schedule for this Court's consideration. The Parties hereby request that the Court enter the following discovery schedule:

| | |
|---|---|
| Factual Discovery cut-off | December 15, 2014[1] |
| Plaintiffs' Disclosure of Class Certification Experts (and corresponding Reports) | July 1, 2014 |
| Defendant's Disclosure of Class Certification Experts (and corresponding Reports) | August 1, 2014 |
| Deposition of Class Certification Experts | September 1, 2014 |
| Disclosure of Rebuttal Class Certification Experts (and corresponding Reports) | October 31, 2014 |
| Deposition of Rebuttal Class Certification Experts and Reports | November 12, 2014 |
| Plaintiffs' Motion for Class Certification | September 22, 2014 |
| Defendant's Opposition to Motion for Class Certification | October 17, 2014 |
| Plaintiff's Class Certification Reply | November 7, 2014 |

---

[1] The Parties have agreed discovery will not be bifurcated and that merits discovery will proceed simultaneously with class certification discovery. Notwithstanding the December 15, 2014, discovery cutoff, the parties agree to meet and confer regarding the necessity of supplemental merits discovery, and the scope of such discovery, in light of the Court's Order on Plaintiffs' Motion for Class Certification. The parties agree to file a joint submission within 21 days of issuance of the Court's Order on Plaintiffs' Motion for Class Certification, and that any such discovery will be limited to a 90-day period.

The Parties will propose a separate schedule regarding discovery of non-class certification experts who will testify at trial 45 days after the Court's ruling on Plaintiffs' Motion for Class Certification.

| | |
|---|---|
| Parties' Supplemental Briefing Re: Rebuttal Certification Experts (10-page limit) | November 19, 2014 |
| Hearing on Motion for Class Certification | December 3, 2014 |
| Pretrial Hearing | June 15, 2015 |
| Trial | July 8, 2015 |

STIPULATED AND AGREED TO BY:

October 11, 2013                                   **REESE RICHMAN LLP**

*/s/ Michael R. Reese*
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

Stephen Gardner
Amanda Howell
**CENTER FOR SCIENCE
    IN THE PUBLIC INTEREST**
5646 Milton Street, Suite 714
Dallas, TX 75206
Telephone: (214) 827-2774
Facsimile: (214) 827-2787

George Richard Baker
**BAKER LAW, P.C.**
524 Union Street, #213
San Francisco, CA 94133
Telephone: (415) 295-4814
Facsimile: (800) 866-6556

Steven M. Sherman (164620)
**SHERMAN BUSINESS LAW**
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 403-1660
Facsimile: (415) 397-1577

*Counsel for Plaintiffs Janney and McKendrick and the Proposed Class*

October 11, 2013

**REESE RICHMAN LLP**

*/s/ Michael R. Reese*
Michael R. Reese

- and -

Yvette Y. Golan
**THE GOLAN FIRM**
1919 Decatur Street
Houston, TX 77007

*Counsel for Plaintiff Bohac and the Proposed Class*

October 11, 2013

**REESE RICHMAN LLP**

*/s/ Michael R. Reese*
Michael R. Reese

- and -

Benjamin M. Lopatin
**THE LAW OFFICES OF
 HOWARD W. RUBINSTEIN P.A.**
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (888) 560-4480
Facsimile: (415) 692-6607

*Counsel for Plaintiff Rojas and the Proposed Class*

October 11, 2013

**PERKINS COIE LLP**

*/s/ Charles Sipos*
Charles Sipos
csipos@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359.3983
Facsimile: (206) 359.4983

*Counsel for Defendant General Mills, Inc.*

Pursuant to Stipulation, and modified to include a Pre-Trial Conference on June 16, 2015, it is SO ORDERED.

Dated: October 43, 2013

_____
Hon. William H. Orrick

1 **ATTESTATION REGARDING SIGNATURE**

2   I, Michael R. Reese, hereby attest that I received permission from Charles Sipos, counsel for

3 Defendant, to sign this e-filed document on his behalf.

4   Dated: October 11, 2013                             */s/ Michael R. Reese*