1  PERKINS COIE LLP
   CHARLES C. SIPOS  (*Pro Hac Vice*)
2  CSipos@perkinscoie.com
   1201 Third Avenue, Suite 4900
3  Seattle, WA  98101-3099
   Telephone:  206-359-8000
4  Facsimile:  206-359-9000

5  Attorneys for Defendant General Mills, Inc.

6
   REESE RICHMAN LLP
7  Michael R. Reese (Cal. State Bar No. 206773)
   mreese@reeserichman.com
8  875 Avenue of the Americas, 18th Floor
   New York, NY  10001
9  Telephone:  212-643-0500
   Facsimile:  212-253-4272
10
   Co-Counsel for Plaintiffs Janney, McKendrick,
11    Bohac and Rojas

12               **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated, | Case No. 3:12-cv-3919 WHO |
| Plaintiffs, | **ORDER REGARDING STIPULATION OF JOINT PROPOSED BRIEFING SCHEDULE** |
| v. | |
| GENERAL MILLS and DOES 1-20, | |
| Defendants. | |
| SEAN BOHAC, on behalf of himself and all others similarly situated, | Case No. 3:12-cv-05280-WHO |
| Plaintiff, | |
| v. | |
| GENERAL MILLS, INC., | |
| Defendant. | |

14577-0081/LEGAL28518851.1              -1-      ORDER REGARDING STIPULATION OF JOINT
                                                 PROPOSED BRIEFING SCHEDULE
                                                 [3:12-cv-3919 WHO]

| | |
|---|---|
| GABRIEL ROJAS, as an individual, and on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>GENERAL MILLS, INC.,<br><br>              Defendant. | Case No. 3:12-cv-05099-WHO |

**ORDER**

Pursuant to the stipulation of the parties dated November 20, 2013, and good cause appearing, the Court hereby orders as follows:

1. On or before December 13, 2013, General Mills will answer or otherwise respond to the amended complaints in the *Bohac* (Case No. 12-cv-5280) and *Rojas* (Case No. 12-cv-5099) actions.

2. In the event that General Mills files a Motion to Dismiss, Plaintiffs will file their opposition by January 14, 2014.

3. Any reply in support of the motion shall be filed by General Mills no later than 14 days after Plaintiffs' opposition is filed.

**IT IS SO ORDERED**.

Dated: November 20, 2013

                                          Hon. William H. Orrick
                                          United States District Judge