David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Julia E. Markley (*Pro Hac Vice*)
JMarkley@perkinscoie.com
Charles C. Sipos (*Pro Hac Vice*)
CSipos@perkinscoie.com
Breena M. Roos (*Pro Hac Vice*)
BRoos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys for Defendant General Mills, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br>  v.<br>GENERAL MILLS and DOES 1-20,<br>        Defendants. | Case No. 3:12-cv-3919 WHO<br><br>**STIPULATION OF VOLUNTARY DISMISSALS WITH PREJUDICE**<br><br>Fed. Rule Civ. P. 41(a)(1)(A)(ii) |
| SEAN BOHAC, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br>GENERAL MILLS, INC.,<br>Defendant. | Case No. 3:12-cv-05280-WHO |
| GABRIEL ROJAS, as an individual, and on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br>GENERAL MILLS, INC.,<br>Defendant. | Case No. 3:12-cv-05099-WHO |

Plaintiffs in the three above-entitled actions Judith Janney, Sean Bohac and Gabriel Rojas ("Plaintiffs") and Defendant General Mills, Inc. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that these three above-entitled actions: *Janney v. General Mills, Inc.* (Case No. 12-cv-03919), *Bohac v. General Mills, Inc.* (Case No. 12-cv-5280), and *Rojas v. General Mills, Inc.* (Case No. 12-cv-5099) hereby are and shall be voluntarily dismissed with prejudice and without costs to either party.

**IT IS SO STIPULATED.**

Dated: November 19, 2014

**PERKINS COIE LLP**

By: */s/ Charles C. Sipos*

Charles C. Sipos (*Pro Hac Vice*)
*Attorneys for Defendant General Mills, Inc.*

Dated: November 19, 2014

**BAKER LAW PC**

By: */s/ George Richard Baker*

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Stephen Gardner (admitted *pro hac vice*)
Amanda Howell

**REESE RICHMAN LLP**
Michael R. Reese

**SHERMAN BUSINESS LAW**
Stephen Sherman

*Attorneys for Plaintiff Judith Janney*

-2- STIPULATION OF VOLUNTARY DISMISSALS WITH PREJUDICE

14577-0081/LEGAL124216732.1

| | |
|---|---|
| Dated: November 19, 2014 | **REESE RICHMAN LLP**<br><br>By: */s/ Michael R. Reese*<br><br>   Michael R. Reese<br>   Kim E. Richman<br><br>**THE GOLAN FIRM**<br>Yvette Y. Golan<br><br>*Attorneys for Plaintiff Sean Bohac* |
| Dated: November 19, 2014 | **THE LAW OFFICES OF HOWARD W. RUBINSTEIN P.A.**<br><br>By: */s/ Benjamin M. Lopatin*<br><br>Benjamin M. Lopatin<br><br><br>**REESE RICHMAN LLP**<br>Michael R. Reese<br>Kim E. Richman<br><br>*Attorneys for Plaintiff Gabriel Rojas* |

-3-     STIPULATION OF VOLUNTARY DISMISSALS WITH PREJUDICE

14577-0081/LEGAL124216732.1